UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60008-CIV-SEITZ/O'SULLIVAN

LATONIA WASHINGTON,

      Plaintiff,

vs.

LASALLE BANK NATIONAL
ASSOCIATION, et al.,

      Defendants
_____/

## ORDER VACATING ORDER TO SHOW CAUSE

THIS MATTER is before the Court on Plaintiff's Response to Order to Show Cause [DE-22]. The Court had issued its June 30, 2010 Order to Show Cause [DE-21] because the parties had not selected a place, date, and time for mediation, pursuant to Paragraph 4 this Court's April 23, 2010 Order [DE-15]. The Plaintiff has now explained the reason for the delay in filing the proposed order and have filed a proposed order scheduling mediation. Accordingly, it is hereby

ORDERED that the Court's June 30, 2010 Order to Show Cause [DE-21} is VACATED.

DONE and ORDERED in Miami, Florida, this 6th day of July, 2010.

                                        PATRICIA A. SEITZ
                                        UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record